ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: mbsmith@littler.com

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LA DERRICK RILEY,<br><br>   Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive,<br><br>   Defendant. | Case No. 2:18-cv-00210-JCM-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff LA DERRICK RILEY and Defendant GREYHOUND LINES, INC., by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of May 9, 2018 up to and including **May 29, 2018**.

Such extension is necessary in light of the fact that counsel for Defendant was only recently retained to handle this matter and needs additional time to analyze the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 9, 2018

Respectfully submitted,

/s/ Joshua Y. Ang
PAUL A. PADDA ESQ.
JOSHUA Y. ANG, ESQ.
PAUL PADDA LAW, PLLC

Attorneys for Plaintiff
LA DERRICK RILEY

Dated: May 9, 2018

Respectfully submitted,

/s/ Marcus B. Smith
ROGER L. GRANDGENETT II, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
GREYHOUND LINES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: May 15, 2018.

UNITED STATES MAGISTRATE JUDGE

Firmwide:154511641.1 999999.6322

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.