PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: *psp@paulpaddalaw.com*
JOSHUA Y. ANG, ESQ. *(NV Bar #14026)*
Email: *ja@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LA DERRICK RILEY, individually;<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive;<br><br>Defendants. | CASE NO.: 2:18-cv-00210-JCM-PAL |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff LA DERRICK RILEY ("Plaintiff") and Defendant GREYHOUND LINES, INC ("Defendant"), by and through their respective counsel, having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all claims, with prejudice.

…

…

…

…

…

1

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

Each party will bear their respective attorneys' fees and costs.

**IT IS SO STIPULATED:**

Respectfully submitted by:

| PAUL PADDA LAW, PLLC | LITTLER MENDELSON, PC |
|---|---|
| /s/JoshuaYAng | /s/MarcusBSmith |
| PAUL S. PADDA, ESQ. | ROGER L. GRANDGENETT, ESQ. |
| JOSHUA Y. ANG, ESQ. | MARCUS B. SMITH, ESQ. |
| 4560 South Decatur Boulevard, Suite 600 | 3960 Howard Hughes Parkway, Suite 300 |
| Las Vegas, Nevada 89103 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: October 9, 2018 | Dated: October 9, 2018 |

## **ORDER**

Based on the parties' foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
THE HONORABLE JAMES C. MAHAN;
UNITED STATES DISTRICT COURT JUDGE

Dated: October 11, 2018

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules, the undersigned hereby certifies that on this day, October 9, 2018, a copy of the foregoing document was served upon all registered parties and their counsel through the Court's electronic filing system (CM/ECF).

                                                   /S/
                                  An Employee of Paul Padda Law, PLLC

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940